Case 5:25-cv-00247   Document 30   Filed 01/06/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ACHA FLORA ACHA,** § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 5:25-CV-00247 |
| **ORLANDO PEREZ,** *et al.*, § | |
| Respondents. § | |

## ORDER

Pending before the Court is Petitioner's Objections to the Electronic Monitoring Requirement in her Conditions of Release, (Dkt. 28). Pursuant to the Court's Memorandum Opinion and Order, Petitioner Acha Flora Acha ("Ms. Acha") was released from immigration custody on December 24, 2025, subject to the terms of supervision included in her Orders of Supervision ("OSUP"). (*See* Dkts. 26, 27.) The OSUP included that Ms. Acha would be subject to conditions such as ankle monitoring and reporting requirements under ICE's Alternatives to Detention Program ("ATD"). (Dkt. 27, Attach. 1.) In the Parties' Joint Status Report, Petitioner objected to her individual conditions of release and subsequently filed her Objections on December 29, 2025. (*See* Dkt. 27 at 1; Dkt. 28.)

Accordingly, Respondents are hereby **ORDERED** to respond to Petitioner's Objections to the Electronic Monitoring Requirement in Her Conditions of Release, (Dkt. 28), on or before **January 13, 2026**.

IT IS SO ORDERED.

SIGNED this January 6, 2026.

                                                            Diana Saldaña
                                                            United States District Judge